# EXHIBIT LIST

**PLEASE LIST ALL OF THE EXHIBITS YOU WILL USE IN THE TRIAL OF YOUR CASE** (papers, medical records, pictures, statements of witnesses, etc.) **FOR EACH EXHIBIT LISTED, WRITE ON THIS SHEET:**

1. A BRIEF DESCRIPTION OF THE EXHIBIT
2. A SHORT STATEMENT OF THE PURPOSE FOR WHICH THE EXHIBIT WILL BE INTRODUCED.



1. AN for this im lock up here so they want let me get this things to send to ya'll But I no they have.
2. this things pictures of me Bit up Bad. an the Vidoe's of them Jumpin on me. they will not let me get this things
3.
4.
5.
6. John Washington    10/17/2020    time: 12:00
7.
8.