IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**JOSHUA WASHINGTON,**                                                    **PLAINTIFF**
**#155202**

**V.**                            **CIVIL ACTION NO. 3:20-CV-105-HTW-LGI**

**OFFICER JORDAN**                                              **DEFENADANTS**
**MCQUEARY, et al.**

## ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before this court pursuant to the Report and Recommendation of United States Magistrate Judge LaKeysha Greer Isaac, filed on April 21, 2021. [**Docket no. 32**]. To date, Plaintiff has filed no objections to the Report and Recommendation of the United States Magistrate Judge.

Based upon the evidence therein contained, this court finds the Report and Recommendation of the United States Magistrate Judge to be well-taken; therefore, the Report and Recommendation **[Docket no. 32]** hereby is **ADOPTED** as the Order of this court.

Further, this court hereby **DISMISSES WITHOUT PREJUDICE** Plaintiff's Complaint [Docket no. 1] for want of prosecution and failure to comply with the Local Rules of Court for the United States District Court for the Southern District of Mississippi.

**SO ORDERED AND ADJUDGED this the 12th day of May, 2021.**

                                               **/s/HENRY T. WINGATE**
                                               **UNITED STATES DISTRICT COURT JUDGE**