# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

**JOSHUA WASHINGTON,**                                                        **PLAINTIFF**
**#155202**

**V.**                              **CIVIL ACTION NO. 3:20-CV-105-HTW-LGI**

**OFFICER JORDAN**                                        **DEFENADANTS**
**MCQUEARY, et al.**

## **FINAL JUDGMENT**

This court entered its Order on this date adopting the Report and Recommendation of United States Magistrate Judge Lakeysha Greer Isaac, whereby this court dismissed this matter without prejudice, which order is incorporated herein.

For the reasons assigned in the Report and Recommendation of the Magistrate Judge and this court's previous order, this case is hereby finally dismissed.

**SO ORDERED AND ADJUDGED this the 12th day of May, 2021.**

                                                   **/s/HENRY T. WINGATE**
                                                   **UNITED STATES DISTRICT COURT JUDGE**